1055-13

# ELECTRONIC RECORD

COA # 14-12-00775-CR     OFFENSE: Aggravated Assault

STYLE: John Woods v The State of Texas     COUNTY: Harris

COA DISPOSITION: Affirmed as Modified     TRIAL COURT: 228th District Court

DATE: 07/30/2013     Publish: No     TC CASE #: 1331540

## IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**

STYLE: _____     CCA #: _____

_____State's_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_granted & remanded_     JUDGE: _____

DATE: _April 16, 2014_     SIGNED: _____     PC: _____

JUDGE: _PC_     PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

1055-13